# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2007

132328

SHANNON NEAL BRINKLEY,
      Plaintiff-Appellant,

v

LENA MARIE BRINKLEY,
      Defendant-Appellant,

_____

KENNETH BACA and PATRICIA BACA,
      Appellees.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 132328
COA: 269725
Wayne CC: 98-840467-DM

On order of the Court, the application for leave to appeal the July 18, 2006 order of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for plenary consideration of the grandparents' constitutional issue. Although the Court of Appeals did not err in concluding that the doctrine of res judicata was improperly applied by the Wayne Circuit Court to deny the motion for relief from judgment, a remand to the circuit court is not necessary in order to resolve the constitutional questions presented. In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining questions presented should be reviewed by this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2007

p0220

_____
Clerk